UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

IN RE: J. SHELBY SHARPE           No. 4:24-mc-00007-P

## ORDER

Before the Court is Brant C. Martin's Motion for Relief from Appointment in the miscellaneous proceeding against J. Shelby Sharpe. ECF No. 3.

After considering the Motion, the Court finds that the Motion should be and hereby is **GRANTED.** Therefore, it is **ORDERED** that Brant C. Martin is **EXCUSED** from the appointment in the above-referenced miscellaneous proceeding.

Accordingly, the Court **APPOINTS** Geffrey W. Anderson, a member of the bar of this Court, who offices at Anderson & Riddle, LLP, in Fort Worth, Texas, under Local Rule 83.8(g) to assist the Court in the handling of these sanctions and disciplinary proceedings.

Further, the Court hereby **RESETS** the Hearing previously set for July 11, 2024, at 1:30 p.m. to **September 9, 2024 at 1:30 p.m.** in the Fourth Floor Courtroom of the United States Courthouse, Fort Worth, Texas.

**SO ORDERED** on this **20th day of June 2024.**

_____
Mark T. Pittman
UNITED STATED DISTRICT JUDGE