UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS

*In re* J. SHELBY SHARPE          §
                                  §   Misc. Action No. 4:24-MC-0007-X
                                  §

**ORDER**

Before Hendrix, Starr, and Means, District Judges:

The Panel sets forth the following procedure for the hearing on Friday, March 14, 2025. The Panel will adhere to the following procedure unless for cause stated on the record it decides to proceed otherwise.

The Investigators (though only one is necessary) will be called upon to summarize their February 7, 2025 report of the investigation and answer questions from the Panel. If the Investigators conclude that they should present any other evidence in order to establish by clear and convincing evidence that J. Shelby Sharpe is subject to disciplinary action, they will be permitted to call witnesses and introduce exhibits. If the Investigators intend to call a witness or introduce an exhibit, they must provide written notice to the Panel and Sharpe by 5:00 PM, Wednesday, March 12, 2025. Argument and evidence from the Investigators (including cross examining Sharpe's witnesses) is limited to 90 minutes. If the Investigators exhaust their time despite an efficient presentation, they may move for additional time on a showing of a compelling need.

Mr. Searcy will be called upon next to orally summarize Sharpe's February 21, 2025 response to the February 7, 2025 report of the investigation and answer questions from the Panel. If Mr. Searcy wishes to present any other evidence to rebut

1

the Investigators' presentation, he will be permitted to call witnesses (including Sharpe) and introduce exhibits. If Mr. Searcy intends to call a witness or introduce an exhibit, he must provide written notice to the Panel and to the Investigators no later than 12:00 PM, Thursday, March 13, 2025. Argument and evidence for Sharpe (including cross examining the Investigators' witnesses) is limited to 90 minutes. If the Investigators exhaust their time despite an efficient presentation, they may move for additional time on a showing of a compelling need.

The Panel will invite any additional summations or rebuttal arguments as it deems necessary.

**IT IS SO ORDERED.**

Signed this 11th of March, 2025, for the Panel by:

_____
BRANTLEY STARR
UNITED STATES DISTRICT JUDGE