UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS

| | § | |
|---|---|---|
| *In re* J. SHELBY SHARPE | § | Misc. Action No. 4:24-MC-0007-X |
| | § | |

## **MEMORANDUM OPINION AND ORDER**

Before Hendrix, Starr, and Means, District Judges:

The Panel notices Judge Pittman's request for clarification regarding the Panel's jurisdiction over a motion to show cause filed in the underlying litigation. (Doc. 62). The Panel previously ruled that "any further sanctionable conduct, except compliance with the Panel's sanction order, is outside the jurisdiction of the Panel. Therefore, any additional sanctionable conduct Sharpe undertakes is most properly handled in the first instance with the related district court." Doc. 61 at 4. While this motion raises some conduct that might be a breach of this Panel's order (regarding undertaking a new representation in the Northern District of Texas litigation without prior approval and giving legal advice to the Behans in the Northern District of Texas), it also has new allegations of sanctionable conduct (representing a client while conflicted). Accordingly, the Panel believes the most appropriate path forward is for Judge Pittman in the underlying litigation to have full jurisdiction over the allegations in the motion to show cause.

**IT IS SO ORDERED.**

Signed this 12th of August, 2025, for the Panel by:

_____
BRANTLEY STARR
UNITED STATES DISTRICT JUDGE