UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS

| | § | |
|---|---|---|
| *In re* J. SHELBY SHARPE | § | Misc. Action No. 4:24-MC-0007-X |
| | § | |

## MEMORANDUM OPINION AND ORDER

Before Hendrix, Starr, and Means, District Judges:

The Panel notices Judge Pittman's second request for clarification regarding the Panel's jurisdiction over an order to show cause filed in the underlying litigation. (Doc. 65).  The Panel previously ruled that "any further sanctionable conduct, except compliance with the Panel's sanction order, is outside the jurisdiction of the Panel. Therefore, any additional sanctionable conduct Sharpe undertakes is most properly handled in the first instance with the related district court." Doc. 61 at 4.  The Panel hereby reaffirms its previous position that "Judge Pittman in the underlying litigation [**SHALL**] have full jurisdiction over the allegations in the motion to show cause." Doc. 63 at 1.

**IT IS SO ORDERED.**

Signed this 1st of October, 2025, for the Panel by:

_____
BRANTLEY STARR
UNITED STATES DISTRICT JUDGE

1